**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

---

UNITED STATES OF AMERICA                   CRIMINAL NO. 16-0183 (03)

VERSUS                                      JUDGE ELIZABETH E. FOOTE

CORDELL JOHNSON                             MAGISTRATE JUDGE WHITEHURST

---

## **MEMORANDUM ORDER**

Before the Court is a *pro se* letter motion for early termination of supervised release [Record Document 425] filed by the Defendant, Cordell Johnson ("Johnson"). Johnson entered a guilty plea to the charge of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine in violation of 21 U.S.C. § 846. *See* Record Document 208. On October 19, 2017, the Court sentenced Johnson to 120 months of imprisonment and five years of supervised release. *See* Record Document 292 at 2-3. On December 13, 2024, President Joseph R. Biden, Jr., issued an executive grant of clemency to Johnson. *See* Record Document 424. Shortly thereafter, Johnson was released from confinement and began his term of supervised release, which is scheduled to conclude December 19, 2029.

Johnson states that he received his H-VAC certification while he was incarcerated. *See* Record Document 425. When Johnson was assigned to a halfway house in 2022, he found a full-time job as an H-VAC technician. *See id.* He has now held this job for four years. *See id.* Johnson also states that his incarceration provided him with the opportunity to review his life, and he continues to demonstrate that he is making better choices. *See id.*

The Court requested input from the United States Probation Office and the United States Attorney's Office for the Western District of Louisiana regarding Johnson's request. The United States Probation Office reports that Johnson has complied with all mandatory, standard, and special conditions of supervision by maintaining employment and a stable residence, passing all drug tests, participating in an outpatient drug treatment program, and avoiding new criminal conduct. The United States Attorney's Office opposes Johnson's request for early termination, noting that Johnson has served less than half of his five-year term. *See* Record Document 426 at 3. While the United States Attorney's Office acknowledges that Johnson has been successful while on supervised release, it believes his success is closely tied to the structure, oversight, and expectations of the United States Probation Office. *See id.* at 2-3.

The Court may terminate supervised release after one year upon consideration of all relevant factors. *See* 18 U.S.C. § 3583(e)(1); 18 U.S.C. § 3553(a); *United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998). The Court must be "satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice." 18 U.S.C. § 3583(e)(1). Broad discretion is given to the Court in determining whether to terminate supervised release, but in general, "something more than compliance with the terms of supervised release is required to justify an early termination." *United States v. Seymore*, No. 07-0358, 2023 WL 3976200, at *1 (E.D. La. June 13, 2023).

The Court is pleased to learn that Johnson took advantage of the educational opportunities available to him while incarcerated and that he has maintained continuous employment in the H-VAC field. The Court also notes Johnson has maintained his sobriety

and avoided criminal conduct. These are all positive steps in Johnson's rehabilitation and integration into the community. However, the Court declines to terminate supervised release at this time. Johnson has only served 15 months of his five-year (60-month) term of supervised release. This is less than half of the time imposed. The Court also believes the continued supervision and support of the United States Probation Office will provide Johnson with stability and will assist in maintaining his sobriety and positive trajectory.

Accordingly, Johnson's motion for early termination of supervised release [Record Document 425] is hereby **DENIED**.

**THUS DONE AND SIGNED**, this ___15th___ day of April, 2026.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE